**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Victoria Delaine Hunnicutt, Brandon Lee Clark, and
Thomas Dylan Haney, Defendants,

of whom Brandon Lee Clark is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-000440

———————————

Appeal From Laurens County
David J. Brousseau, Family Court Judge

———————————

Unpublished Opinion No. 2025-UP-318
Submitted September 15, 2025 – Filed September 17, 2025

———————————

**AFFIRMED**

———————————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, as the Guardian ad Litem for Appellant.

Ashley P. Case, of Fountain Inn, of the South Carolina Department of Social Services; and Andrew Troy Potter, of Anderson, of Potter Law, LLC, both for Respondent.

Meagan E. Johnson, of Virtual Legal Associates LLC, of Greenwood, for the Guardian ad Litem for the minor children.

---

**PER CURIAM:** Brandon Lee Clark appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Clark's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.